

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2014

No. 04-14-00285-CR

Jason Clay **DOTSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10439
Honorable Ron Rangel, Judge Presiding

# O R D E R

We grant appellant's motion for extension of time to respond to this court's order dated August 21, 2014. We order appellant must file, by September 22, 2014, either proof that court reporter Herminia Torres has been paid to prepare the record or that appellant is entitled to the record without prepayment of the reporter's fee. Appellant is advised that no further extensions of time to respond will be granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court